PD-1480-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/16/2016 10:00:11 AM
Accepted 5/16/2016 10:09:13 AM
ABEL ACOSTA
CLERK



**SHAREN WILSON**
Criminal District Attorney
Tarrant County

May 16, 2016

FILED IN
COURT OF CRIMINAL APPEALS

May 16, 2016

ABEL ACOSTA, CLERK

Hon. Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

**Re:    Cameron Byram v. The State of Texas**
**        No. PD-1480-15**

Dear Mr. Acosta:

Pursuant to your office's notice dated May 10, 2016, I understand that submission of the referenced cause has been set for Wednesday, June 8, 2016, at 9:00 a.m.  Please accept this letter as formal notice that the State intends to present oral argument in this cause.

Thank you for your assistance in this matter.

                        Sincerely,

                        /s/ Steven W. Conder
                        STEVEN W. CONDER
                        Assistant Criminal District Attorney
                        State Bar No. 04656510
                        (817) 884-1687
                        FAX (817) 884-1672
                        CCAappellatealerts@tarrantcountytx.gov

cc:    Hon. Richard A. Henderson
        100 Throckmorton, Suite 540
        Fort Worth, Texas 76102